# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

April 28, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2024
```

**VIA ECF**
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: Morel v. 94 Corner Cafe Corp. *et al.*
    Case No.: 23-cv-10935 (GHW)

Dear Judge Woods:

    This firm represents Plaintiff in the above-captioned matter. Plaintiff writes to respectfully request a brief extension of the May 2, 2024 deadline to submit the joint status letter and proposed case management plan to May 7, 2024. This is the first request of this kind. The reason for the request is that I have been out of the office since April 22, 2024 to observe Passover and will be returning on May 1, 2024. Given that Defendant Singh, the only answering Defendant in this matter, is pro se, we expect that it will take longer than a day to complete the joint status letter and proposed case management plan. We therefore respectfully request a few extra days to submit the joint status letter and proposed case management plan. We are not requesting an adjournment of the May 9, 2024 initial conference, although we recognize that this request may necessitate its adjournment.

    Thank you for your attention to the above.

Respectfully Submitted,

-----------/s/-----------
Michael Taubenfeld

---

Application granted. The in-person initial pretrial conference remains scheduled for May 9, 2024 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's April 24, 2024 order are due no later than May 7, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10, and to mail a copy of this order to Defendant Mohinder Singh at 2518 Broadway, New York, NY 10018.

SO ORDERED.

Dated: April 29, 2024

_____
GREGORY H. WOODS
United States District Judge