FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

May 7, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2024

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: Morales v. 94 Corner Cafe Corp. et al.
    Case No.: 1:23-cv-10935-GHW

Dear Judge Woods:

      We represent Plaintiff in this matter. We write to inform the Court that we have been unable to contact Defendant Mohinder Singh[1], who is representing himself *pro se,* and to request that the Court order Mr. Singh to provide to the Court a personal phone number and email address. We are not in possession of an email address or direct phone number for Mr. Singh because the docket does not contain this information, and another attorney in my office and I have made repeated daily attempts to contact Mr. Singh at the business phone number for 94 Corner Cafe Corp. However, none of the employees who answered the phone connected us with Mr. Singh, and it is our belief that Mr. Singh answered the phone on many of those occasions but refused to identify himself. On one occasion, the person on the phone indicated to me that Mr. Singh will not be available for another week or two but on other occasions the people answering the phone claimed that Mr. Singh is currently working at the café.

      As a result of our inability to contact Mr. Singh by phone, on May 3, we sent via FedEx a letter to the address listed on Defendant Singh's Answer asking Mr. Singh to immediately contact us. We also attached a proposed case management plan and Plaintiff's portion of the joint status letter that are due today. This letter and the enclosures are attached hereto as **Exhibit 1**. FedEx delivered this letter at 9:00 a.m. on May 6, and Mr. Singh appears to have signed for it. See attached receipt, **Exhibit 2**. We followed up yesterday multiple times with another call to the business line and again today but were again refused.

      Given our inability to contact Mr. Singh, Plaintiff is filing his portion of the letter and the proposed Case Management Plan without input from Defendants. We also ask that the Court order Mr. Singh to provide a personal phone number and email address so that my office is able to communicate directly with him.

---

[1] 94 Corner Cafe Corp. is unrepresented by counsel and has therefore defaulted.

Thank you for your attention to the above.

Sincerely,
----------------/s/-----------
Michael Taubenfeld

Application denied without prejudice.  The initial pretrial conference remains scheduled for May 9, 2024 at 4:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.  The parties may raise any contact issues at that time.  The Clerk of Court is directed to mail a copy of this order to Defendant Mohinder Singh at 2518 Broadway, New York, NY 10018, and to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated:  May 7, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge