USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2024

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
HIPOLITO MORALES,                                                   :
                                                                    :
                                          Plaintiff,                :     1:23-cv-10935-GHW
                                                                    :
                       -against-                                    :     ORDER
                                                                    :
94 CORNER CAFE CORP., and MOHINDER                                  :
SINGH,                                                              :
                                                                    :
                                          Defendants.               :
                                                                    :
------------------------------------------------------------------- X
```

GREGORY H. WOODS, District Judge:

The Court will hold a conference in this case on **June 18, 2024 at 11:00 a.m.** It will take place in person at Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. If counsel for Defendants has not entered a notice of appearance by June 18, 2024, Mr. Singh himself **must** appear at the June 18, 2024 conference in person to litigate the case pro se. Failure to comply with court orders, including failures to attend court-ordered conferences, can result in the imposition of sanctions. As discussed at the conference held on May 28, 2024, **if Mr. Singh does not attend the June 18, 2024 conference, that could result in the Court finding him to be in default and the Court entering judgment against him.**

In addition, as noted at the conference on May 28, 2024, the corporate party 94 Corner Café Corp cannot proceed in this action pro se. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); *Pridgen v. Anresen*, 113 F.3d 391, 393 (2d Cir. 1997) ("[I]t is well established that a layperson may not represent a corporation."). If counsel for 94

Corner Café Corp. has not entered a notice of appearance by June 18, 2024, the Court expects to enter a default judgment against 94 Corner Café Corp.

The conference will be conducted in English, and the parties and/or their counsel will be required to participate in English.  Mr. Singh may retain the services of a lawyer admitted in the Southern District of New York to represent him in this matter.  If Mr. Singh wishes to participate in conference without representation, he may use the services of an interpreter.  Should he choose to do so, he is directed to contact the Southern District of New York's Interpreter's Office at 212-805-0084 to obtain a list of qualified interpreters that can be retained for the conference.  Mr. Singh will bear the cost of interpretation services.  If Mr. Singh decides to retain an interpreter, he should inform the Court of that decision by letter no later than June 11, 2024.  That letter should include the name and phone number of the interpreter he has retained.

The Clerk of Court is directed to (1) mail a copy of this order to Defendant Mohinder Singh at 2518 Broadway, New York, NY 10025, (2) update the address of Defendant Mohinder Singh on the docket to 2518 Broadway, New York, NY 10025, and (3) add Defendant Mohinder Singh's phone number and email address to the docket, which are 212-280-1900 and sandeep.murabia@gmail.com, respectively.

SO ORDERED.

Dated: May 28, 2024  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge