JONATHAN B. STRAUSS
ATTORNEY AT LAW
233 BROADWAY - SUITE 900
NEW YORK, NY 10279
(212) 792-7948
FAX: (212) 267-2110

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2024

# MEMORANDUM ENDORSED

June 12th, 2024

Hon. Gregory H. Woods
500 Pearl Street
New York, New York 10007
Via ECF

        Re: Morales v. 94 Corner Café Corp., et al
        23-CV-10935-GHW

Dear Hon. Gregory H Woods:

    In accordance with your Honor's individual Court rules I am most respectfully requesting a adjournment for our scheduled conference on June 18th, 2024 at 11:00 AM. I have only been recently retained late yesterday and thus I have not requested any previous adjournments or extensions. My review of the docket sheet has revealed that counsel for the plaintiff had requested, on April 28th, 2024, a brief extension of 5 days to file a joint status letter and case management plan, Said extension was granted. The request for said extension was done before I was retained in this matter. Since I have only just been retained, I need time to file the necessary pleadings and documents to be in full compliance with the Courts rules and prior Orders. Counsel for the plaintiff has agreed to this request for an adjournment and has stipulated that I can file, by June 25th, 2024, an Amended Answer in compliance with FRCP 15(a). Furthermore, this will give both sides time to discuss and prepare a case management plan for the scheduled conference.

    I most respectfully ask that the matter be adjourned to the mutually agreed dates of anytime on July 8th, 9th or the 11th. Thank You in advance for your consideration.

Most Respectfully,

Jonathan Strauss

---

Application denied without prejudice. Mr. Strauss has not filed a notice of appearance on behalf of either 94 Corner Cafe Corp. or the individual defendant, Mr. Singh. Mr. Strauss may renew this request after filing any notices of appearance on behalf of the defendant(s). The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17, and to mail a copy of this order to Defendant Mohinder Singh at 2518 Broadway, New York, NY 10025.

SO ORDERED.

Dated: June 12, 2024
New York, New York

                              GREGORY H. WOODS
                            United States District Judge