JONATHAN B. STRAUSS
ATTORNEY AT LAW
233 BROADWAY - SUITE 900
NEW YORK, NY 10279
(212) 792-7948
FAX: (212) 267-2110

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2024

# MEMORANDUM ENDORSED

June 12th, 2024

Hon. Gregory H. Woods
500 Pearl Street
New York, New York 10007
Via ECF

Re: Morales v. 94 Corner Café Corp., et al
23-CV-10935-GHW

Dear Hon. Gregory H Woods:

In accordance with your Honor's individual Court rules I am most respectfully requesting a adjournment for our scheduled conference on June 18th, 2024 at 11:00 AM. I have only been recently retained late yesterday and thus I have not requested any previous adjournments or extensions. My review of the docket sheet has revealed that counsel for the plaintiff had requested, on April 28th, 2024, a brief extension of 5 days to file a joint status letter and case management plan, Said extension was granted. The request for said extension was done before I was retained in this matter. Since I have only just been retained, I need time to file the necessary pleadings and documents to be in full compliance with the Courts rules and prior Orders. Counsel for the plaintiff has agreed to this request for an adjournment and has stipulated that I can file, by June 25th, 2024, an Amended Answer in compliance with FRCP 15(a). Furthermore, this will give both sides time to discuss and prepare a case management plan for the scheduled conference.

I most respectfully ask that the matter be adjourned to the mutually agreed dates of anytime on July 8th, 9th or the 11th. Thank You in advance for your consideration.

Most Respectfully,
Jonathan Strauss

Application granted in part.  Given the Court's trial calendar, the initial pretrial conference previously scheduled for June 18, 2024 is adjourned to July 22, 2024 at 3:00 p.m.  The conference will take place over the telephone, not in person.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.  In addition, the joint status letter and proposed case management plan described in the Court's December 19, 2023 order are due no later than July 15, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.
SO ORDERED.

Dated: June 12, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge