USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/24

**MEMORANDUM ENDORSED**

F I S H E R  |  T A U B E N F E L D  LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

September 25, 2024

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: Morales v. 94 Corner Cafe Corp. et al.
Case No.: 1:23-cv-10935-GHW

Dear Judge Woods:

We represent Plaintiff in this matter. We write jointly with Defendants to respectfully request that the conference scheduled for October 3, 2024 be rescheduled for the morning of October 11, 2024. I observe Rosh Hashanah and therefore cannot attend a conference on October 3, 2024. Regarding the parties' availability in October, Defendants' counsel is participating in a homicide trial throughout the month which limits his availability to Fridays, and I am unavailable on October 4, 18, and 25 because of the Jewish holidays. As of now, the morning of October 11 is the only time in the month of October when counsel for both parties are mutually available. We therefore respectfully request that the Court adjourn the conference to that date.

The parties thank the Court for its consideration of this request.

Sincerely,
---------------/s/-----------
Michael Taubenfeld

Application granted in part. The parties' September 25, 2024 request to adjourn the initial pretrial conference, Dkt. No. 34, is granted. The initial pretrial conference scheduled for October 3, 2024 is adjourned to November 1, 2024 at 1:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 34.

SO ORDERED.

Dated: September 25, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge