UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2024

------------------------------------------------------------------ X
                                                 :

HIPOLITO MORALES,                        :
                                                 :
                    Plaintiff,         :          1:23-cv-10935-GHW
                                                 :
                  -against-            :               ORDER
                                                 :

94 CORNER CAFE CORP., *and* MOHINDER     :
SINGH,                                              :
                                                 :
                       Defendants.       :
                                                 :
------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

      On September 25, 2024, an initial pretrial conference was scheduled in this case for

November 1, 2024 at 1:00 p.m. Dkt. No. 35. That conference is adjourned until November 25,

2024 at 1:00 p.m. The conference will be held by telephone. The parties are directed to the Court's

Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the

Court's Individual Rules contains the dial-in number for the conference and other relevant

instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual

Rules.

      SO ORDERED.

Dated:  November 1, 2024
New York, New York                  _____
                                   GREGORY H. WOODS
                                 United States District Judge