```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                           :
HIPOLITO MORALES,                                                          :
                                                                           :
                                       Plaintiff,                          :        1:23-cv-10935-GHW
                                                                           :
                       -against-                                           :        ORDER
                                                                           :
94 CORNER CAFE CORP., *and* MOHINDER                                       :
SINGH,                                                                     :
                                                                           :
                                       Defendants.                         :
                                                                           :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

        On November 25, 2025, the Court scheduled a post-discovery status conference in this case

for July 28, 2025 at 4:00 p.m.  Dkt. No. 39 at 4.  The Court, the Court's staff, the court reporter, and

counsel for Plaintiff appeared at the conference.  Counsel for Defendants, however, failed to appear.

The conference was eventually adjourned.

        The Court will hold a renewed post-discovery status conference on July 30, 2025 at 2:00

p.m.  The conference will again be held by telephone.  The parties are directed to the Court's

Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the

Court's Individual Rules contains the dial-in number for the conference and other relevant

instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual

Rules.

        Counsel for Defendants is reminded that repeated failures to comply with orders issued by

the Court may result in the imposition of sanctions.

        SO ORDERED.

Dated:  July 28, 2025                              _____
        New York, New York                              GREGORY H. WOODS
                                                       United States District Judge