USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIPOLITO MORALES,

   Plaintiff,

 -against-

94 CORNER CAFE CORP. and MOHINDER SINGH,

   Defendants.

Doc No.: 23-cv-10935-SN -

**JUDGMENT**

WHEREAS, Defendants served Plaintiff with an offer of judgment for $7,500 on December 1, 2025;

WHEREAS, Plaintiffs accepted the offer of judgment on December 9, 2025; Pursuant to Rule 68 of the Federal Rules of Civil Procedure, it is hereby

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff HIPOLITO MORALES against Defendants 94 CORNER CAFE CORP. and MOHINDER SINGH jointly and severally in the amount of $7,500 which is inclusive of all attorneys' fees and costs and is not to be taken as an admission of liability or wrongdoing on the part of Defendants.

IT IS FURTHER ORDERED AND ADJUDGED that this Action is hereby dismissed with prejudice in its entirety.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: December 12, 2025
  New York, New York